2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN WATERBURY, | Case No.: 20-cv-1279-DMS-MDD |
|---|---|
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE** |
| v. | |
| LEADPOINT, INC., | |
| Defendant. | |

On October 20, 2020, this matter came before the Court in an informal telephonic conference. Kira Rubel appeared for Plaintiff Steven Waterbury, and Esteban Morales appeared for Defendant LeadPoint, Inc. Upon agreement of the parties, it is ordered that Plaintiff may file a First Amended Complaint on or before **November 3, 2020.**

**IT IS SO ORDERED.**

Dated:  October 20, 2020

_____
Hon. Dana M. Sabraw
United States District Judge