# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WATERBURY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LEADPOINT, INC., a Delaware Corporation, and Does 1 through 10, inclusive;<br><br>    Defendant. | CASE NO. 20-cv-1279-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

FOR GOOD CAUSE SHOWN, based upon the joint Motion to Dismiss filed herein, the parties' Motion is HEREBY GRANTED. Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  March 1, 2021

                                                  Hon. Dana M. Sabraw, Chief Judge
                                                United States District Court